| | |
|---|---|
| 1 | BRIAN M. FOGARTY (Bar No. 218792) |
| | DLA PIPER RUDNICK GRAY CARY US LLP |
| 2 | brian.fogarty@dlapiper.com |
| | 401 B Street, Suite 2000 |
| 3 | San Diego, CA 92101-4240 |
| | Tel: 619-699-2774 |
| 4 | Fax: 650-833-2001 |
| 5 | THOMAS A. BURG (Bar No. 211937) |
| | DLA PIPER RUDNICK GRAY CARY US LLP |
| 6 | thomas.burg@dlapiper.com |
| | 2000 University Avenue, |
| 7 | East Palo Alto, CA 94303-2248 |
| | Tel: 650-833-2016 |
| 8 | Fax: 650-833-2001 |
| 9 | Attorneys for Plaintiff |
| | LORILLARD TOBACCO COMPANY |
| 10 | |
| 11 | MICHAEL J. BLUMENFELD (Cal. Bar No. 065239) |
| | CHERYL MARTINSEN (Cal. Bar. No. 104678) |
| | A PROFESSIONAL CORPORATION |
| 12 | One Kaiser Plaza |
| | The Ordway Building, Suite 1675 |
| 13 | Oakland, CA 94612 |
| | Telephone: (510) 465-0555 |
| 14 | Facsimile: (510) 465-8093 |
| 15 | Attorneys for Defendants |
| | TAMMIN NAJJAR and SERVE WELL MARKET |
| 16 | |
| 17 | Defendant ASAD SHARMOUG, in pro se. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | CASE NO. C 05-3121 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| SERVE WELL MARKET, a business entity; ASAD S. SHARMOUG and TAMIN NAJJAR, individuals; and DOES 1-10 inclusive, | |
| Defendants. | |

EM\7204186.1
335142-98

-1-
STIPULATION AND [PROPOSED] ORDER RE: FURTHER CASE
MANAGEMENT CONFERENCE; CASE NO. C-05-3121 SI

DLA PIPER RUDNICK GRAY CARY US LLP

Plaintiff Lorillard Tobacco Company ("Lorillard") and Defendants Serve Well Market, et al., hereby agree as follows:

WHEREAS, a settlement conference in this matter is presently scheduled for May 10, 2006 and the parties expect to be in a better position to advise the Court with respect to case management after the upcoming settlement conference;

WHEREAS, defendant Asad Sharmoug ("Sharmoug") and Lorillard are currently meeting and conferring to resolve his role in the above captioned matter;

WHEREAS, Sharmoug has represented that he is in favor of continuing the Further Case Management Conference in order to allow time for resolving his role in the above captioned matter;

WHEREAS, a Further Case Management Conference is presently scheduled for May 12, 2006;

WHEREAS, all parties respectfully request that the Court continue the Further Case Management Conference to a date after May 19, 2006, to allow the parties to attend the settlement conference and to permit Sharmoug and counsel for Lorillard to meet and confer in advance of the further case management conference as necessary.

/ / /

/ / /

```
 1
 2        IT IS THEREFORE STIPULATED THAT:
 3        The May 12, 2006 Further Case Management Conference is herby continued to
 4   _____ at 2:30 p.m.
 5
 6
 7
 8        SO STIPULATED:
 9        Dated: May 9, 2006              DLA PIPER RUDNICK GRAY CARY US LLP
10
11                                        By: _____
12                                            THOMAS A. BURG
                                              Attorneys for Plaintiff
13                                            LORILLARD TOBACCO COMPANY
14
15        Dated: May 9, 2006
                                          MICHAEL J. BLUMENFELD A
16                                        PROFESSIONAL CORPORATION
17                                        By: _____
18                                            CHERYL MARTINSEN
                                              Attorneys for Defendants
19                                            TAMIN NAJJAR AND SERVE WELL
                                              MARKET et. al.
20
21
22        IT IS SO ORDERED.
23
24        Dated: _____            _____
25                                        Hon. Susan Illston
26
27
28
```

DLA Piper Rudnick
Gray Cary US LLP

BM\7204186.1
335142-98

-3-
STIPULATION AND [PROPOSED] ORDER RE: FURTHER CASE
MANAGEMENT CONFERENCE; CASE NO. C-05-3121 SI